Action by Ida E. Lester, as administratrix, etc., against Harry Crabtree and others. No opinion. Motion to resettle order denied, without costs. See, also, 125 App. Div. 617, 110 N. Y. Supp. 55.

LEVENSON et al., Appellants, v. SACODER, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by David Levenson and another against Joseph Sacoder. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LEVEY, Respondent, v. RUBINO, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Edgar J. Levey against Eugene Rubino, impleaded. J. J. Crawford, for appellant. J. M. Stoddard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVI, Respondent, v. AMERICAN FIRE INS. CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Ernest Levi against the American Fire Insurance Company of Philadelphia. No opinion. Judgment and order affirmed, with costs.

LEVICK, Appellant, v. NIAGARA COUNTY HOME TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Anna Levick, as administratrix, etc., against the Niagara County Home Telephone Company. No opinion. Judgment and order affirmed, with costs. See, also, 52 Misc. Rep. 290, 102 N. Y. Supp. 150.

LEVIN, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Gussie M. Levin against David Davis. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

LICARI et al., Appellants, v. McMONIGLE, Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Mattie S. Licari and another against Sarah I. McMonigle. No opinion. Judgment (115 N. Y. Supp. 914) affirmed, with costs.

LINDSTRAND, Respondent, v. BOUGH, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Carl G. F. Lindstrand against John Bough. No opinion. Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal.

LONDON v. MERYASH et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Albert London against Louis Meryash and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 117 N. Y. Supp. 1.

LONG ISLAND R. CO., et al., Appellants, v. CITY OF NEW YORK, et al. Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the Long Island Railroad Company and another against the City of New York and others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 126 App. Div. 477, 110 N. Y. Supp. 512.

LONG ISLAND R. CO. et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the Long Island Railroad Company and another against the City of New York and others. No opinion. Order affirmed, with $10 costs and disbursements.

LOUGHRAN v. JORDAN L. MOTT IRON WORKS. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Thomas Loughran an infant, against the Jordan L. Mott Iron Works. No opinion. Motion granted. Settle order on notice. See, also, 122 App. Div. 595, 107 N. Y. Supp. 434.

LOZIER MOTOR CO. OF NEW YORK, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by the Lozier Motor Company of New York against Charles P. Ball and others. A. D. Kneeland, for appellant. T. F. Conway, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 53 Misc. Rep. 575, 104 N. Y. Supp. 771.

In re L. SCHEPP CO. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of the L. Schepp Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUCCHESE, Appellant, v. WALKER, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Guiseppe Lucchese against Joseph Walker. Paul Jones, for appellant. E. D. Flanigan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUCKES, Plaintiff, v. MESEROLE, Defendant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Gus Luckes against Archibald K. Meserole. No opinion. Motion denied, with costs. See, also, 116 N. Y. Supp. 350.

LUND, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13,

1909.) Action by Andrew Lund against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

MAASS, Respondent, v. ROSENTHAL, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Sophie Maass against Marcus A. Rosenthal. No opinion. Motion denied, without costs. See, also, 62 Misc. Rep. 350, 115 N. Y. Supp. 4.

---

McCALL CO., Appellant, v. UNSER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the McCall Company against Frederick Unser. No opinion. Motion denied, with $10 costs. See, also, 132 App. Div. 371, 116 N. Y. Supp. 826.

---

McCALL CO., Appellant, v. WRIGHT, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by the McCall Company against John H. Wright. W. P. Chapman, Jr., for appellant. S. O. Crane, for respondent. No opinion. Motion granted, with $10 costs. Order filed. See, also, 117 N. Y. Supp. 775.

---

In re McCHESNEY'S ESTATE. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of the estate of Lydia McChesney, deceased. No opinion. Order unanimously affirmed, with costs.

---

MACDONALD, Respondent, v. STUMPF et al., Appellants. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by John J. Macdonald against Anthony Stumpf and others. H. G. Chapin, for appellants. G. A. Baker, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $100, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. Settle order on notice.

---

McDONNELL, Respondent, v. METROPOLITAN BRIDGE & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Annie McDonnell, as administratrix, etc., against the Metropolitan Bridge & Construction Company. No opinion. Motion to resettle order denied, without costs. See, also, 115 N. Y. Supp. 865.

---

McGORTY, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Conrt, Appellate Division, Second Department. October 12, 1909.) Action by Stephen McGorty, an infant, by Patrick McGorty, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, on the ground that the verdict was against the weight of the evidence.

---

McELRAEVY & HAUCK CO., Respondent, v. KRONENGOLD, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the McElraevy & Hauck Company against Ignatz Kronengold.

PER CURIAM. Motion denied, without costs, on condition that the appeal be perfected within 10 days and the case placed at the foot of the present calendar; otherwise, motion to dismiss appeal granted, with costs.

---

McLAUGHLIN, Respondent, v. McLAUGHLIN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Ellen McLaughlin against Peter J. McLaughlin. P. R. Ferrari, for appellant. L. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

McMAHON, Appellant, v. STEPNEY WHEEL AGENCY et al., Respondents. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Stephen A. McMahon against the Stepney Wheel Agency and others. A. Thain, for appellant. S. S. Myers, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

McNULTY v. McNULTY. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Mary E. McNulty against Patrick J. McNulty.

PER CURIAM. Motion granted, on condition that appellant pay $10 costs awarded on the motion to dismiss, $10 costs of opposing this motion, and giving a bond in the penalty of $1,000, with sufficient sureties, to pay the costs in the court below, the costs of this appeal, and any alimony directed to be paid by the judgment; the bond to be approved at Special Term. Settle order on notice. See, also, 119 App. Div. 150, 104 N. Y. Supp. 251.

---

MADISON, Respondent, v. DREAMLAND, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Alice Madison against Dreamland. No opinion. Judgment and order unanimously affirmed, with costs.

---

MADISON, Respondent, v. DREAMLAND, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Clarence Madison against Dreamland. No opinion. Judgment and order unanimously affirmed, with costs.

---

MAHANEY, Appellant, v. TUTTLE et al., Respondents. (Supreme Court, Appellate Divi-